FILED'08 JAN 18 15:19 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Bruce H. MacDonald,

       Plaintiff,                      CV 07-502-CL

     v.                                JUDGMENT

Commissioner of Social Security,

       Defendant.

Based upon the stipulation of the parties, IT IS ORDERED AND ADJUDGED that this case is reversed and remanded on the stipulated grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Dated this _____1/18/_____ day of January, 2008.

                                /s/ Owen M. Panner
                                Owen M. Panner
                                United States District Judge

1 - JUDGMENT