UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'08 FEB 22 16:39USDC-ORM

| | |
|---|---|
| **BRUCE H. MACDONALD**<br>Plaintiff<br><br>vs.<br><br>**COMMISSIONER,**<br>Social Security Administration<br>Defendant | Civil No.: 07-CV-502-CL<br><br>PROPOSED ORDER REGARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff Bruce H. MacDonald, on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412 et. seq., in the amount of $5050.00. This award of EAJA fees shall be paid to plaintiff's attorney, Karen Stolzberg, at 11830 SW Kerr Parkway, #315, Lake Oswego, OR 97035.

DATED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN STOLZBERG
Attorney for Plaintiff

PAGE 1– ORDER [04-532-BR]